1  Jack Perko, SBN 164529
   **LAW OFFICES OF JACK PERKO**
2  26895 Aliso Creek Road, Suite B66
   Aliso Viejo, CA 92656
3  Phone (949) 390-4442
   Fax (949) 916-1039
4  Email: jack@jackperkolaw.com

5  Attorney for Plaintiff
   Dale Williams
6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7    A Limited Liability Partnership
     Including Professional Corporations
8  TRAVIS J. ANDERSON, Cal. Bar No. 265540
   NADIA D. ADAMS, Cal. Bar No. 270428
9  LUKE J. BICKEL, Cal. Bar No. 341210
   12275 El Camino Real, Suite 100
10 San Diego, California 92130-4092
   Telephone:  858.720.8900
11 Facsimile:  858.509.3691
   E mail       tanderson@sheppardmullin.com
12               nadams@sheppardmullin.com
                lbickel@sheppardmullin.com
13
   Attorneys for Defendant
14 COSTCO WHOLESALE CORPORATION

15

16              UNITED STATES DISTRICT COURT

17             CENTRAL DISTRICT OF CALIFORNIA

18

19 DALE WILLIAMS,                          Case No. 2:22-cv-04483-MAA

20         Plaintiff,

21    v.                                   **JOINT STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

22 COSTCO WHOLESALE
   CORPORATION and DOES 1-25,              **[FED. R. CIV. P. 41(a)]**
23 inclusive,

24         Defendants                      Magistrate Judge Maria A. Audero

25                                         [Complaint Filed: March 23. 2022]

26

27

28

IT IS HEREBY STIPULATED between Plaintiff Dale Williams ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") by and through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-entitled action be DISMISSED WITHOUT PREJUDICE, with each party bearing their own attorneys' fees and costs.

Dated:  July 18, 2022

By     /s/ *Jack Perko*

JACK PERKO

Attorneys for Plaintiff
DALE WILLIAMS

Dated:  July 19, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Travis J. Anderson*

Travis J. Anderson
Nadia D. Adams
Luke J. Bickel

Attorneys for COSTCO WHOLESALE
CORPORATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), [the filer] attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Travis J. Anderson*

Travis J. Anderson
Attorneys for COSTCO WHOLESALE
CORPORATION

Case No. 2:22-cv-04483-MAA

SMRH:4872-7473-8473.1

**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on this 19th day of July, 2022, I electronically filed the

3  foregoing   with the Clerk of the Court using the CM/ECF system which will send

4  notification of such filing to the following:

5      **JOINT STIPULATION AND REQUEST FOR DISMISSAL WITHOUT**
       **PREJUDICE;**
6

7      **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

8

9  Jack Perko                          Attorney for Plaintiff
   LAW OFFICES OF JACK                 Dale Williams
   PERKO
10 26895 Aliso Creek Road, Suite
   B66
11 Aliso Viejo, CA 92656
   Phone (949) 390-4442
12 Fax (949) 916-1039
   Email: jack@jackperkolaw.com
13

14     I declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct and that I am employed in the office

16 of a member of the bar of this Court at whose direction the service was made.

17     Executed on July 19, 2022, at San Diego, California

18

19
                                       */s/ Travis J. Anderson*
20                                     Travis J. Anderson

21

22

23

24

25

26

27

28

SMRH:4872-7473-8473.1                                    **CERTIFICATE OF SERVICE**